Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan PC
4854 E Baseline Rd., Suite 104
Mesa, AZ 85206
Tele: 480-833-1001
Fax: 480-969-8267

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* TERRY FABRICANT and the Class

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Fabricant, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Covington Ridge Financial, LLC d/b/a A.M.P. Payment Systems, an Arizona limited liability company, <br><br> Defendant. | Case No. 2:20-cv-00123-JJT <br><br> **NOTICE OF SETTLEMENT** |

Plaintiff Terry Fabricant ("Plaintiff" or "Fabricant") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendant Covington Ridge Financial, LLC d/b/a A.M.P. Payment Systems ("Defendant" or "AMP") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Fabricant.

2. The Parties are presently working to finalize the settlement and believe a Notice of Voluntary Dismissal will be filed within seven (7) days.

1

Plaintiff respectfully requests that all deadlines, hearings, and proceedings in the above-captioned case be stayed to permit the finalization of the settlement agreement.

                                                  Respectfully submitted,

Dated: March 13, 2020          **Terry Fabricant**, individually and on behalf of all others similarly situated,

                                                  By:  /s/ Patrick H. Peluso
                                                          One of Plaintiff's Attorneys

Penny L Koepke
Maxwell & Morgan PC
4854 E Baseline Rd., Suite 104
Mesa, AZ 85206
Fax: 480-969-8267
Email: pkoepke@hoalaw.biz
Phone: 480-833-1001

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class
* *Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, a true and correct copy of the above papers was served upon counsel of record by filing such papers via the Court's CM/ECF system.

/s/ Patrick H. Peluso