IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Fabricant, | No. CV-20-00123-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Covington Ridge Financial LLC, | |
| Defendant. | |

Pursuant to this Court's Order of March 16, 2020 (Doc. 13),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 6th day of April, 2020.

Honorable John J. Tuchi
United States District Judge